## ROOD *v.* CITY OF LAPEER.

This case is controlled by *Tribbett* v. *Village of Marcellus, ante,* 607.

Appeal from Lapeer; Cramton (Louis C.), J. Submitted July 31, 1940. (Docket No. 111, Calendar No. 41,271.) Decided September 6, 1940.

Petition by Marion B. Rood against City of Lapeer for separation of certain land from a city. Petition dismissed. Plaintiff appeals. Reversed and decree ordered entered for petitioner.

*John R. Rood,* for petitioner.

McALLISTER, J. This is an appeal from the order of the circuit court in chancery dismissing a petition for disconnection of land from the city of Lapeer. The trial judge held that the statute under which disconnection was sought was unconstitutional. Plaintiff appealed.

The case presents the identical questions that were before this court in *Tribbett* v. *Village of Marcellus, ante* 607. In accordance therewith, the order of the circuit court is set aside and a decree is ordered. entered granting the petition. No costs are allowed, as a public question is involved.

BUSHNELL, C. J., and SHARPE, CHANDLER, NORTH, WIEST, and BUTZEL, JJ., concurred. The late Justice POTTER took no part in this decision.